UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHAD PATRICK CRONER,<br><br>        Defendant. | Case No. 1:03-cr-00178-BLW<br><br>**ORDER** |

Pending before the Court is Chad Croner's Motion to Recalculate sentence and Motion to Self-Surrender. (Dkt. 115, 116). Having reviewed the Motions, the Court enters the following Order denying both Motions.

Croner asks this Court to re-calculate his sentence to a year and a day with six months credit for time served. Generally, a Court may not correct or modify a prison sentence once it has been imposed.  *United States v. Penna*, 319 F.3d 509, 511 (9th Cir. 2003) (citing 18 U.S.C. § 3582(c)). A court loses its jurisdiction to modify a sentence once the judgment has been entered unless expressly provided for by statute or Rule 35 of Criminal Procedure. *Id*. at 511-512. Federal Rule of Criminal Procedure 35(a) provides a fourteen-day window for the Court to correct a sentence that resulted in arithmetical, technical, or other clear error.  Croner's fourteen-day window has long since closed, as this Court revoked supervised release and imposed a sentence on January 27, 2016 and

**ORDER - 1**

Croner filed this motion on May 24, 2016. Further, he does not assert that there was an arithmetical, technical or other clear error justifying a modification of his sentence. Therefore, this Court lacks jurisdiction to provide Croner's requested relief.

Moreover, the Court cannot order Bureau of Prisons to grant Croner credit for time served. It is the Bureau of Prisons who calculates credit for time served. *United States v. Wilson*, 503 U.S. 329, 333 (1992). The district court lacks jurisdiction and authority to order the BOP to provide credit for time served. *Id.*

The Court also denies Croner's Motion to Self-Surrender. Self-Surrender would be inappropriate here. First, Croner is not qualified for a release pending appeal set forth in 18 U.S.C. § 3143(b).  Second, Croner will already be in custody at the time he begins his federal sentence

## ORDER

**IT IS ORDERED** that Defendant's Motion to Recalculate (Dkt. 116) is **DENIED.**

**IT IS ORDERED** that Defendant's Motion to Self-Surrender (Dkt. 115) is **DENIED.**



DATED: August 1, 2016

B. Lynn Winmill
Chief Judge
United States District Court